KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant, ARMEN POGHOSYAN dba
MANCHESTER STEAKHOUSE

TANYA E. MOORE #206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA  95112
Telephone:  (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff, RONALD MOORE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>OMNINET PROPERTIES MANCHESTER CENTER, LLC, a Delaware limited liability company; et al.,<br><br>　　　　　Defendant(s). | NO.   1:15-cv-00644---BAM<br><br>**STIPULATION TO EXTEND DEFENDANT ARMEN POGHOSYAN DBA MANCHESTER STEAKHOUSE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**;  **ORDER**<br><br>Complaint Served:  April 29, 2015<br>Response Date:  June 17, 2015<br>New Response Date:  July 15, 2015 |

　　　　WHEREAS, the responsive pleading of Defendant, Armen Poghosyan dba Manchester Steakhouse (hereinafter "Defendant"), was due on June 17, 2015, as the result of being served on April 29, 2015;

///

　　　　WHEREAS, the scheduling conference in this matter is currently set for August 4, 2015;

WHEREAS, Plaintiff and Defendant wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, a brief extension of time is necessary in order to complete the terms of the settlement between the parties and it is likely that the case will settle without further use of the Court's resources and time;

WHEREAS, the extension granted in this Stipulation will not affect or change any of the currently scheduled Court dates in this case.

NOW, THEREFORE, Plaintiff, through his attorney of record, and Defendant, through their attorney of record, hereby stipulate as follows:

1. That Defendant's time to respond to the Complaint be extended to July 15, 2015.

Dated: June 16, 2015        COLEMAN & HOROWITT, LLP

By:     /s/ Keith M. White
         KEITH M. WHITE
         Attorneys for Defendant,
         ARMEN POGHOSYAN dba MANCHESTER STEAKHOUSE

Dated: June 16, 2015        MOORE LAW FIRM, P.C.

By:     /s/ Tanya E. Moore
         TANYA E. MOORE
         Attorneys for Plaintiff
         RONALD MOORE

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant Armen Poghosyan dba Manchester Steakhouse's response to the Complaint be filed no later than July 15, 2015.

**IT IS SO ORDERED.**

Dated: **June 23, 2015**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE