Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>         Plaintiff,<br><br>    vs.<br><br>OMNINET PROPERTIES MANCHESTER CENTER, LLC, a Delaware limited liability company, et al.,<br><br>         Defendants. | No. 1:15-cv-00644---BAM<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE;  ORDER**<br><br>Current Date: August 4, 2015<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Magistrate Judge Barbara A. McAuliffe |

**WHEREAS**, a Mandatory Scheduling Conference is currently set in this matter for August 4, 2015 at 8:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe;

**WHEREAS,** counsel for Plaintiff, Ronald Moore ("Plaintiff"), is unavailable at the scheduled time as she will be on a pre-paid vacation;

**WHEREAS**, Plaintiff is exploring settlement with several defendants, including Defendants Ubaid Qureshi dba Global Luggage, Leather & Gifts and Emad Hassoun dba Candy & More, against whom clerk's defaults have been entered (Dkt. 29 and 37), as well as Defendants Armen Poghosyan dba Manchester Steakhouse and Sears, Roebuck and Co., and Plaintiff believes that a settlement with these defendants may be reached shortly;

`

1 **WHEREAS,** the parties wish to conserve the Court's resources and believe that exhausting settlement efforts could result in narrowing of the parties and issues in advance of the Scheduling Conference;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** between Plaintiff and Defendants, Omninet Properties Manchester Center, LLC, a Delaware limited liability company; Sears, Roebuck and Co.; All American Sports Fan, Inc., a California corporation; and China King Buffet, a California corporation, the parties who have appeared in this action, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date at the Court's convenience after August 27, 2015.

Dated: July 16, 2015        MOORE LAW FIRM, P.C.


                            */s/ Tanya E. Moore*
                            Tanya E. Moore
                            Attorney for Plaintiff
                            Ronald Moore


Date: July 16, 2015         KOHAN LAW FIRM


                            */s/ K. Tom Kohan*
                            K. Tom Kohan
                            Attorneys for Defendant
                            Omninet Properties Manchester Center, LLC, a
                            Delaware limited liability company

Date: July 16, 2015         LAW OFFICES OF PAYAM Y. POURSALIMI


                            */s/ Payam Y. Poursalimi*
                            Payam Y. Poursalimi
                            Attorneys for Defendant
                            Omninet Properties Manchester Center, LLC, a
                            Delaware limited liability company

`

| | |
|---|---|
| Date: July 16, 2015 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | */s/ David Raizman* |
| | David Raizman |
| | Attorneys for Defendant |
| | Sears, Roebuck and Co. |
| Date: July 16, 2015 | EMERSON • SORENSEN • CHURCH |
| | */s/ Rayma Church* |
| | Rayma Church |
| | Attorneys for Defendant |
| | All American Sports Fan, Inc., a California corporation |
| Date: July 16, 2015 | TUCKER, CHIU, HEBESHA & WARD, P.C. |
| | */s/ Henry Y. Chiu* |
| | Henry Y. Chiu |
| | Attorneys for Defendant |
| | China King Buffet, a California corporation |

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference which is currently set for August 4, 2015 be continued to September 23, 2015 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

**IT IS FURTHER ORDERED** that the Telephonic Status Conference set for **Wednesday, July 22, 2015 at 8:30 AM** remains on calendar before Judge McAuliffe.

**IT IS SO ORDERED**.

Dated: **July 17, 2015**            */s/ Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE