1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                                     ) No. 1:15-cv-00644-BAM
                                                     )
12              Plaintiff,                           ) **STIPULATION GRANTING PLAINTIFF**
                                                     ) **LEAVE TO FILE FIRST AMENDED**
13       vs.                                         ) **COMPLAINT;  ORDER**
                                                     )
14 OMNINET PROPERTIES MANCHESTER                     )
   CENTER, LLC, a Delaware limited liability         )
15 company, et al.;                                  )
                                                     )
16                                                   )
                                                     )
17              Defendants.                          )
                                                     )
18                                                   )
                                                     )
19 _____

20       **IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"),

21 and Defendants, Omninet Properties Manchester Center, LLC, a Delaware limited liability

22 company; and Sears, Roebuck and Co. (collectively "Defendants," and together with Plaintiff,

23 the "Parties"), the parties remaining in this action, through their respective attorneys of record,

24 that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as

25 Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's

26 Scheduling Conference Order dated October 22, 2015 (Dkt. 66) pursuant to Fed. R. Civ. P.

27 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad

28 faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: December 15, 2015                    MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Ronald Moore

Date: December 11, 2015                     LAW OFFICES OF PAYAM Y. POURSALIMI


                                            */s/ Payam Y. Poursalimi*
                                            Payam Y. Poursalimi
                                            Attorneys for Defendant,
                                            Omninet Properties Manchester Center, LLC, a
                                            Delaware limited liability company

Date: December 15, 2015                     OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.


                                            */s/ Amber L. Roller*
                                            David Raizman
                                            Amber L. Roller
                                            Attorneys for Defendant,
                                            Sears, Roebuck and Co.

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **December 18, 2015**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE