Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OMNINET PROPERTIES MANCHESTER CENTER, LLC, a Delaware limited liability company, et al.,<br><br>　　　　　Defendants. | No.  1:15-cv-00644-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION; ORDER** |

1     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Omninet Properties Manchester Center, LLC, a Delaware limited liability company; and Sears, Roebuck and Co., the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 1, 2016                    MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Ronald Moore


Dated: June 1, 2016                    LAW OFFICES OF PAYAM Y. POURSALIMI


                                       */s/ Payam Y. Poursalimi*
                                       Payam Y. Poursalimi
                                       Attorneys for Defendant,
                                       Omninet Properties Manchester Center, LLC,
                                       a Delaware limited liability company

Dated:  June 1, 2016                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                       */s/ Amber L. Roller*
                                       David Raizman
                                       Amber L. Roller
                                       Attorneys for Defendant,
                                       Sears, Roebuck and Co.

**ORDER**

Plaintiff Ronald Moore and Defendants Omninet Properties Manchester Center, LLC, a Delaware limited liability company; and Sears, Roebuck and Co., the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:   **June 2, 2016**                              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE